UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

04-10755 JLT

| | |
|---|---|
| VICTOR P. CAPALDI<br>Plaintiff | )<br>)<br>) |
| V. | ) Civil Action<br>)<br>) No. _____ |
| AGA FISHING CORPORATION<br>Defendant | )<br>) MAGISTRATE JUDGE RBC<br>) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

### General Factual Allegations

1. The Plaintiff, Victor P. Capaldi, is a resident of Rochester, County of Bristol, Commonwealth of Massachusetts.

2. The Defendant, AGA Fishing Corporation, is a corporation, duly organized and existing under the laws of the Commonwealth of Massachusetts.

3. On or about November 25, 2003, the Defendant, AGA Fishing Corporation, was doing business within the Commonwealth of Massachusetts.

4. On or about November 25, 2003, the Plaintiff, Victor P. Capaldi, was employed by the Defendant, AGA Fishing Corporation

5. On or about November 25, 2003, the Plaintiff, Victor P. Capaldi, was employed by the Defendant, AGA Fishing Corporation, as a seaman, and a member of the crew of the F/V GEORGIE J.

6. On or about November 25, 2003, the Defendant, AGA Fishing Corporation, owned the F/V GEORGIE J.

7. The Defendant, AGA Fishing Corporation, chartered the F/V GEORGIE J from some other person or entity such that on or about November 25, 2003 the Defendant, AGA Fishing Corporation was the owner pro hac vice of the F/V GEORGIE J.

8. On or about November 25, 2003, the Defendant, AGA Fishing Corporation, operated the F/V GEORGIE J.

9. On or about November 25, 2003, the Defendant, AGA Fishing Corporation, or the Defendant's agents, servants, and/or employees, controlled the F/V GEORGIE J.

10. On or about November 25, 2003, the F/V GEORGIE J was in navigable waters.

11. On or about November 25, 2003, while in the in the performance of his duties in the service of the F/V GEORGIE J, the Plaintiff, Victor P. Capaldi, sustained personal injuries.

12. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Victor P. Capaldi, was exercising due care.

### Jurisdiction

13. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §688 et. seq.

14. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1333.

## COUNT I

### Victor P. Capaldi v. AGA Fishing Corporation

### (JONES ACT NEGLIGENCE)

15. The Plaintiff, Victor P. Capaldi, reiterates the allegations set forth in paragraphs 1 through 14 above.

16. The personal injuries sustained by the Plaintiff, Victor P. Capaldi, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17. As a result of said injuries, the Plaintiff, Victor P. Capaldi, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Victor P. Capaldi, demands judgment against the Defendant, AGA Fishing Corporation, in the amount of Ten Million dollars ($10,000,000.00) together with interest and costs.

## COUNT II

### Victor P. Capaldi v. AGA Fishing Corporation

### (GENERAL MARITIME LAW - UNSEAWORTHINESS)

19. The Plaintiff, Victor P. Capaldi, reiterates the allegations set forth in paragraphs 1 through 14 above.

20. The personal injuries sustained by the Plaintiff, Victor P. Capaldi, were due to no

fault of his, but were caused by the Unseaworthiness of the F/V GEORGIE J.

21. As a result of said injuries, the Plaintiff, Victor P. Capaldi has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22. This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, Victor P. Capaldi, demands judgment against the Defendant, AGA Fishing Corporation, in the amount of Ten Million dollars ($10,000,000.00), together with interest and costs.

## COUNT III

### Victor P. Capaldi v. AGA Fishing Corporation

### (GENERAL MARITIME LAW - MAINTENANCE and CURE)

23. The Plaintiff, Victor P. Capaldi, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Victor P. Capaldi, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Victor P. Capaldi, demands judgment against the Defendant, AGA Fishing Corporation, in the amount of Five Hundred Thousand dollars ($500,000.00) for maintenance and cure, together with costs and interest.

## COUNT IV

### Victor P. Capaldi vs. AGA Fishing Corporation

### (GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)

25. The Plaintiff, Victor P. Capaldi, reiterates the allegations set forth in paragraphs 1 through 14 above.

26. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Victor P. Capaldi, has incurred and will continue to incur expenses for his maintenance and cure.

27. The Plaintiff, Victor P. Capaldi, has made demand upon the Defendant, AGA Fishing Corporation, for the provision of maintenance and cure.

28. The Defendant, AGA Fishing Corporation, has negligently, willfully, arbitrarily, and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and adequate manner.

29. As a result of the Defendant's failure to provide the Plaintiff maintenance and cure, the Plaintiff has sustained and will continue to sustain damages, including without limitation, pain of body and anguish of mind, lost time from his usual work and pursuits, medical and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, Victor P. Capaldi, demands judgment against the Defendant, AGA Fishing Corporation, in the amount of One Million Dollars ($1,000,000.00), as compensatory damages for failure to pay maintenance and cure, together with costs, interest, and reasonable attorneys fees.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

RAISED IN COUNTS, I, II, III AND IV.

          Respectfully submitted for the
          the Plaintiff, Victor P. Capaldi,
          by his attorney,

          */s/ Carolyn M. Latti*
          Carolyn M. Latti
          BBO #567-394
          David F. Anderson
          BBO#560-994
          LATTI & ANDERSON LLP
          30-31 Union Wharf
          Boston, MA 02109
          (617) 523-1000

Dated: 4-13-04