OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

VICTOR P. CAPALDI

V.

AGA FISHING CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10755 JLT

TO: (Name and address of Defendant)

AGA Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF=S ATTORNEY (name and address)

Carolyn M. Latti
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE APR 14 2004

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

April 23, 2004

I hereby certify and return that on 4/22/2004 at 11:51 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Maria Condez, agent, person in charge at the time of service for AGA Fishing Corporation, 113 MacArthur Drive, New Bedford, MA. Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

Deputy Sheriff Michael P. Young

*Deputy Sheriff*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                         Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.