UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTOR P. CAPALDI,** | **CIVIL ACTION** |
| Plaintiff, | NO: 04-10755-JLT |
| vs. | |
| **AGA FISHING CORPORATION** | |
| Defendant. | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **AGA Fishing Corporation,** in the above-entitled action.

                                                By its attorneys,

                                                **CLINTON & MUZYKA, P.C.**

                                                **"/s/ Thomas J. Muzyka"**
                                                **Thomas J. Muzyka**
                                                **BBO NO. 365540**
                                                One Washington Mall
                                                Suite 1400
                                                Boston, MA 02108
                                                (617) 723-9165

Dated:  May 12, 2004