UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTOR P. CAPALDI,** | CIVIL ACTION |
| Plaintiff, | NO: 04-10755-JLT |
| vs. | |
| **AGA FISHING CORPORATION** | |
| Defendant. | |

### CLAIM BY THE OWNER OF THE F/V GEORGIE J PURSUANT TO SUPPLEMENTAL RULES (C) & (E) FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

Now comes AGA FISHING CORPORATION, a corporation duly organized and existing under the laws of the Commonwealth of Masschusetts and having a principal place of business at 113 MacArthur Drive, New Bedford, Massachusetts and appears for itself as owner of the F/V GEORGIE J, and makes claim to the F/V GEORGIE J, her tackle, engines, equipment and furnishings, and states that it was at the time of the filing of PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL and the vessel's arrest, and still is, the true and bona fide sole owner of the vessel and that no other person or corporation is the owner thereof.

**WHEREFORE**, the claimant, AGA FISHING CORPORATION, prays to defend the claims asserted against the F/V GEORGIE J and to proceed accordingly.

```
                              AGA FISHING CORPORATION



                              "/s/Thomas J. Muzyka"
                         By:  Thomas J. Muzyka
                         As:  Attorney-in-Fact for
                              AGA FISHING CORPORATION
```

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS                                        May 12, 2004

    Then personally appeared the above named, Thomas J. Muzyka, known to me to be the same and stated that he has read the foregoing **CLAIM** and that the contents thereof are true to the best of his knowledge, information and belief.

```
                              Before me,


                              "/s/ Cheryl A. Mehos"
                              Notary Public
                              My Commission Expires:
                              January 13, 2006
```