UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR P. CAPALDI )<br>Plaintiff )<br> )<br>V. )<br> )<br>AGA FISHING CORPORATION )<br>Defendant )<br> ) | Civil Action<br><br>No. 04-10755-JLT |

## ORDER REGARDING APPROVAL OF SETTLEMENT

This Court having reviewed Plaintiff's Motion for Approval of Settlement, upon consideration thereof, it is hereby:

ORDERED, that after the distribution of attorneys fees and agreed upon expenses and payments, that the net remaining to Victor P. Capaldi shall be deposited into a Special Needs Trust.

ORDERED, that in lieu of child support and future educational costs for Suzy Capaldi, a structured settlement shall be set up in which Suzy Capaldi receives a guaranteed payment of $500.00 monthly from March 15, 2005 until June 15, 2014; $25,000.00 guaranteed payment on 8/01/2010, 8/01/2011/, 8/01/20012, 8/01/20013 and a guaranteed payment of $50,000.00 on 3/30/2020 for a cost of $148,682.00 and total expected benefits of $206,000.00.

Dated at Boston, Massachusetts on this  11  day of  Jan , 2005

_____
Joseph L. Tauro
United States District Court Judge