UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR P. CAPALDI,<br>    Plaintiff, | CIVIL ACTION<br>NO: 04-10755-JLT |
| vs. | |
| AGA FISHING CORPORATION<br>    Defendant. | |

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this __11__ day of ~~January~~ February, 2005.

ATTORNEY FOR PLAINTIFF,

_____
Carolyn Latti
BBO NO. 467394
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109
(617)523-1000

ATTORNEY FOR DEFENDANT,

_____
Thomas J. Muzyka
BBO NO. 365540
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

EXHIBIT "A"